# Court of Appeals
# of the State of Georgia

ATLANTA, January 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0896, A13A0897.  WILTON SCHWEITZER v. THE STATE.**

In 1999, Wilton Schweitzer pled guilty to child molestation and was sentenced to fifteen years, with thirty months to serve.  In 2007, he pled guilty to failure to register as a sex offender and received a probated sentence of 10 years.  In 2009, Schweitzer's probation was revoked.  In 2012, he filed a notice of appeal indicating his wish to appeal the 1999 child molestation conviction and the 2009 probation revocation.  Case No. A13A0896 is the child molestation appeal and Case No. A13A0897 is the probation revocation appeal.  We lack jurisdiction in both cases.

To be timely, a notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).  Schweitzer's notice of appeal was filed years after entry of the orders he wishes to appeal.  In addition, an application for discretionary appeal is required to appeal a probation revocation order. OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005).

For these reasons, we lack jurisdiction to consider these appeals, which are hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*